# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                              §
                                    §
STEVE PURTELL                       §
                                    §   Case No. 12-03450
                                    §
_____              §
        Debtor(s)                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the Trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 05/03/13 in Courtroom 4016,

DuPage County Courthouse
505 North County Farm Road
Wheaton, Illinois 60187

If no objections are filed, upon entry of an Order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further Order of the Court.

Date Mailed: _____        By: _____

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
WHEATON, IL 60187

UST Form 101-7-NFR (5/1/2011) (Page: 1)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STEVE PURTELL | § | Case No. 12-03450 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 18,000.00 |
| and approved disbursements of | $ | 32.26 |
| leaving a balance on hand of[1] | $ | 17,967.74 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 2,550.00 | $ 0.00 | $ 2,550.00 |
| Attorney for Trustee Fees: Springer, Brown, Covey, Gaertner & Davis, LLC | $ 1,636.50 | $ 0.00 | $ 1,636.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,186.50 |
| Remaining Balance | $ 13,781.24 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,824.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MIDLAND FUNDING LLC | $ 1,659.65 | $ 0.00 | $ 534.75 |
| 2 | STEVEN B ABERN SC, MD | $ 127.04 | $ 0.00 | $ 40.93 |
| 3 | ASSET ACCEPTANCE LLC | $ 12,456.85 | $ 0.00 | $ 4,013.69 |
| 4 | ASSET ACCEPTANCE LLC | $ 23,907.26 | $ 0.00 | $ 7,703.09 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 4,674.13 | $ 0.00 | $ 1,506.04 |
| | Total to be paid to timely general unsecured creditors | | $ | 13,798.50 |
| | Remaining Balance | | $ | -17.26 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown
Trustee

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
WHEATON, IL 60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Steve Purtell  
    Debtor

Case No. 12-03450-DRC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: cgreen     Page 1 of 3     Date Rcvd: Apr 11, 2013  
                    Form ID: pdf006    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2013.

```
db           +Steve Purtell,    29W553 Winchester Unit 3,    Warrenville, IL 60555-2561
18427129     +ARS National Services, Inc.,    PO Box 463023,    Escondido, CA 92046-3023
18427128     +Alpine Capital Investments,    29 N. Wacker Dr. #603,    Chicago, IL 60606-3215
18427132      BHC Streamwood Hospital,    1400 East Park Road,    Streamwood, IL 60107
18427131     +Bank of America,    PO Box 25118,    Tampa, FL 33622-5118
18427151    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court: Washington Mutual,    PO Box 660487,    Dallas, TX 75266)
18427134     +Central DuPage Hospital,    25 North Winfield Road,    Winfield, IL 60190-1295
18427137     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
18427136     +Chase,    Po Box 24696,    Columbus, OH 43224-0696
18427138     +Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,    Po Box 20363,
               Kansas City, MO 64195-0363
18427139     +First American Bank,    700 Busse Highway,    Elk Grove Village, IL 60007-2133
18427141     +Healthcare recovery solutions,    1515 190th Street,    suite 350,    Gardena, CA 90248-4910
18427142     +Merchants Cr,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
18427144     +Northwest Community Hospital,    800 W Central Road,    Arlington Heights, IL 60005-2392
18427146    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541)
18427145     +Portfolio America Asset Management,    14 Piedmont Center,    3535 Piedmont Rd. Suite 410,
               Atlanta, GA 30305-1518
18427147     +Streamwood Hospital,    1400 East Irving Park Road,    Streamwood, IL 60107-3203
18427149      US Bank,    Recovery Dept,    PO box 5227 MLCN OH WIS,    Cincinnati, OH 45202-5227
18427148     +Unifund,    Attention: Bankruptcy,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
18427150     +Visa,    PO Box 4521,    Carol Stream, IL 60197-4521
18427133      blatt, hasenmiller, lebsker & moore,    125 s. Wacker Dr #400,    Chicago, IL 60606-4440
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18936703     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 12 2013 02:14:18     Asset Acceptance LLC,
               assignee BANK OF AMERICA,    PO Box 2036,    Warren, MI 48090-2036
18936837     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 12 2013 02:14:18     Asset Acceptance LLC,
               assignee CITIBANK (SOUTH DAKOTA), NA,    PO Box 2036,    Warren, MI 48090-2036
18427130     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 12 2013 02:14:18     Asset Acceptance Llc,
               Attn: Bankruptcy,    Po Box 2036,    Warren, MI 48090-2036
18427135     +E-mail/Text: contact@csicollects.com Apr 12 2013 02:16:11     Certified Services Inc,
               Po Box 177,    Waukegan, IL 60079-0177
18427140     +E-mail/Text: glenda@underwoodlaw.com Apr 12 2013 03:20:37     Gary R. Underwood,    515 Olive St.,
               Suite 800,    Saint Louis, MO 63101-1835
18884829     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 12 2013 02:14:29     Midland Funding LLC,
               Midland Credit Management, Inc.,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
18427143     +E-mail/Text: bankrup@aglresources.com Apr 12 2013 02:13:27     Nicor Gas,
               Attention:  Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
18915453     +E-mail/Text: contact@csicollects.com Apr 12 2013 02:16:11     Steven B Abern MD SC,
               c/o Certified Services Inc,    PO Box 177,    Waukegan, IL 60079-0177
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Springer Brown Covey Gaertner & Davis LLC
19035081*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    c/o Union Trust,    POB 41067,
               Norfolk VA 23541)
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: cgreen              Page 2 of 3              Date Rcvd: Apr 11, 2013
                              Form ID: pdf006           Total Noticed: 29

          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 13, 2013**              **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: cgreen            Page 3 of 3            Date Rcvd: Apr 11, 2013
                              Form ID: pdf006         Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2013 at the address(es) listed below:

      David  Brown, ESQ    on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com, marigonzo@springerbrown.com;jill@springerbrown.com
      David R Brown, ESQ    on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com, dbrown@ecf.epiqsystems.com;jill@springerbrown.com
      David R Brown, ESQ    dbrown@springerbrown.com, dbrown@ecf.epiqsystems.com;jill@springerbrown.com
      John P Carlin    on behalf of Debtor Steve  Purtell jcarlin@changandcarlin.com, changcarlin@iamthewolf.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                              TOTAL: 5