UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| STEVE PURTELL | § § § | Case No. 12-03450 |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/DAVID R. BROWN_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Po Box 24696 Columbus, OH 43224 |  |  |  |  |  |
|  | First American Bank 700 Busse Highway Elk Grove Village, IL 60007 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| International Sureties, Ltd. | | | | | |
| Congressional Bank | | | | | |
| SPRINGER BROWN, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alpine Capital Investments 29 N. Wacker Dr. #603 Chicago, IL 60606 | | | | | |
| | ARS National Services, Inc. PO Box 463023 Escondido, CA 92046 | | | | | |
| | Asset Acceptance Llc Attn: Bankruptcy Po Box 2036 Warren, MI 48090 | | | | | |
| | Bank of America PO Box 25118 Tampa, FL 33622 | | | | | |
| | BHC Streamwood Hospital 1400 East Park Road Streamwood, IL 60107 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | blatt, hasenmiller, lebsker & moore 125 s. Wacker Dr #400 Chicago, IL 60606-4440 | | | | | |
| | Central DuPage Hospital 25 North Winfield Road Winfield, IL 60190 | | | | | |
| | Certified Services Inc Po Box 177 Waukegan, IL 60079 | | | | | |
| | Chase 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| | Chase 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| | Citibank Usa Citicorp Credit Services/Attn: Centraliz Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Gary R. Underwood 515 Olive St. Suite 800 Saint Louis, MO 63101 | | | | | |
| | Healthcare recovery solutions 1515 190th Street suite 350 Gardena, CA 90248 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | | | | |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | | | | |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | | | | |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | Northwest Community Hospital 800 W Central Road Arlington Heights, IL 60005 | | | | | |
| | Portfolio America Asset Management 14 Piedmont Center 3535 Piedmont Rd. Suite 410 Atlanta, GA 30305 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Rc Attn: Bankruptcy Po Box 41067 Norfolk, VA 23541 | | | | | |
| | Streamwood Hospital 1400 East Irving Park Road Streamwood, IL 60107 | | | | | |
| | Unifund Attention: Bankruptcy 10625 Techwoods Circle Cincinnati, OH 45242 | | | | | |
| | US Bank Recovery Dept PO box 5227 MLCN OH WIS Cincinnati, OH 45202-5227 | | | | | |
| | Visa PO Box 4521 Carol Stream, IL 60197 | | | | | |
| | Washington Mutual PO Box 660487 Dallas, TX 75266 | | | | | |
| 1 | MIDLAND FUNDING LLC | | | | | |
| 2 | STEVEN B ABERN SC, MD | | | | | |
| 3 | ASSET ACCEPTANCE LLC | | | | | |
| 4 | ASSET ACCEPTANCE LLC | | | | | |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 12-03450 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|
| Case Name: | STEVE PURTELL | | | | Date Filed (f) or Converted (c): | 01/31/2012 (f) |
| | | | | | 341(a) Meeting Date: | 04/03/2012 |
| For Period Ending: | 09/29/2014 | | | | Claims Bar Date: | 08/06/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 29W553 Winchester Unit 3 Warrenville, IL 60555 | 69,600.00 | 0.00 | | 0.00 | 0.00 |
| 2. Checking account with US Bank | 70.00 | 0.00 | | 0.00 | 0.00 |
| 3. Checking account with West Suburban Bank | 100.00 | 0.00 | | 0.00 | 0.00 |
| 4. Misc used household goods | 900.00 | 0.00 | | 0.00 | 0.00 |
| 5. used clothing | 300.00 | 0.00 | | 0.00 | 0.00 |
| 6. Term life insurance through employer - no current | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7. Mutual Fund | 10,000.00 | 0.00 | | 11,525.00 | 0.00 |
| 8. 2005 Jeep Grand Cherokee - 86K miles | 6,475.00 | 6,475.00 | | 6,475.00 | 0.00 |
| 9. 2006 Harley Davidson - Road King - 16K miles | 6,000.00 | 3,600.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $93,445.00 | $10,075.00 | | $18,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/31/2012    Current Projected Date of Final Report (TFR): 12/30/2012

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-03450 | Trustee Name: DAVID R. BROWN |
| Case Name: STEVE PURTELL | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX7227 |
| | Checking Account |
| Taxpayer ID No: XX-XXX9148 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/29/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/04/12 | | US BANK F/B/O STEVE PURTELL<br>Minneapolis, MN 55480 | | | $18,000.00 | | $18,000.00 |
| | | | Gross Receipts  $18,000.00 | | | | |
| | 7 | | Mutual Fund  $11,525.00 | 1129-000 | | | |
| | 8 | | 2005 Jeep Grand Cherokee -  $6,475.00<br>86K miles | 1129-000 | | | |
| 02/13/13 | 101 | International Sureties, Ltd.<br>701 Poydras Streeet<br>Suite 420<br>New Orleans, LA 70139 | Bond no. 016026455 | 2300-000 | | $15.00 | $17,985.00 |
| 03/08/13 | | Congressional Bank<br>6500 Rock Spring Drive Suite 300<br>Bethesda, MD 20817 | service charge | 2600-000 | | $17.26 | $17,967.74 |
| 05/22/13 | | Transfer to Acct # xxxxxx7379 | Transfer of Funds | 9999-000 | | $17,967.74 | $0.00 |

| | | | |
|---|---|---:|---:|
| | COLUMN TOTALS | $18,000.00 | $18,000.00 |
| | Less: Bank Transfers/CD's | $0.00 | $17,967.74 |
| | Subtotal | $18,000.00 | $32.26 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $18,000.00 | $32.26 |

| | | |
|---|---:|---:|
| Page Subtotals: | $18,000.00 | $18,000.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-03450 | Trustee Name: | DAVID R. BROWN |
| Case Name: | STEVE PURTELL | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX7379 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9148 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/29/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/22/13 | | Transfer from Acct # xxxxxx7227 | Transfer of Funds | 9999-000 | $17,967.74 | | $17,967.74 |
| 08/30/13 | 3001 | DAVID R. BROWN<br>400 SOUTH COUNTY FARM ROAD<br>WHEATON, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,550.00 | $15,417.74 |
| 08/30/13 | 3002 | SPRINGER BROWN, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $1,636.50 | $13,781.24 |
| 08/30/13 | 3003 | MIDLAND FUNDING LLC<br>Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | (1-1) Modified to correct creditor | 7100-000 | | $534.08 | $13,247.16 |
| 08/30/13 | 3004 | STEVEN B ABERN SC, MD<br>c/o Certified Services Inc<br>PO Box 177<br>Waukegan, IL 60079 | Final distribution to claim 2 representing a payment of 32.18 % per court order. | 7100-000 | | $40.88 | $13,206.28 |
| 08/30/13 | 3005 | ASSET ACCEPTANCE LLC<br>assignee BANK OF AMERICA<br>PO Box 2036<br>Warren, MI 48090 | Final distribution to claim 3 representing a payment of 32.18 % per court order. | 7100-900 | | $4,008.67 | $9,197.61 |
| 08/30/13 | 3006 | ASSET ACCEPTANCE LLC<br>assignee CITIBANK (SOUTH DAKOTA), NA<br>PO Box 2036<br>Warren, MI 48090 | Final distribution to claim 4 representing a payment of 32.18 % per court order. | 7100-900 | | $7,693.46 | $1,504.15 |
| 08/30/13 | 3007 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>c/o Union Trust<br>POB 41067<br>Norfolk, VA 23541 | Final distribution to claim 5 representing a payment of 32.18 % per court order. | 7100-900 | | $1,504.15 | $0.00 |

| | COLUMN TOTALS | $17,967.74 | $17,967.74 |
|---|---|---|---|
| | Less: Bank Transfers/CD's | $17,967.74 | $0.00 |
| | Subtotal | $0.00 | $17,967.74 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Page Subtotals: | $17,967.74 | $17,967.74 |

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Net $0.00   $17,967.74

Exhibit 9

Page Subtotals:   $0.00   $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7227 - Checking Account | $18,000.00 | $32.26 | $0.00 |
| XXXXXX7379 - Checking | $0.00 | $17,967.74 | $0.00 |
| | $18,000.00 | $18,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $18,000.00 |
| Total Gross Receipts: | $18,000.00 |

Page Subtotals:    $0.00    $0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*